# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE No.: 6:22-cv-02347-WWB-EJK

TAVIA WAGNER,

     Plaintiff,

vs.

CENTRAL FL INDUSTRIAL, LLC,
and STREAM SMOKE AND VAPE, INC.,

     Defendants.

_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE SOLEL AS TO DEFENDANT CENTRAL FL INDUSTRIAL, LLC

Plaintiff TAVIA WAGNER, and Defendant CENTRAL FL INDUSTRIAL, LLC, by and through respective undersigned counsel, hereby file this Joint Stipulation of Voluntary Dismissal, with prejudice, of this action, solely against Defendant, CENTRAL FL INDUSTRIAL, LLC.

Respectfully submitted this 9th day of March 2023.

By: /s/Joe M. Quick, Esq.
Joe M. Quick, Esq.
Florida Bar No.: 0883794
Law Office of Joe Quick, P.A.
*Counsel for Plaintiff*
1224 S. Peninsula Drive #619
Daytona Beach, Florida 32118
Tel: (386) 212-3591
E-mail:JMQuickesq@gmail.com

By: /s/Nafela Hojeij, Esq.
Nafela Hojeij, Esq.
Florida Bar No.: 121542
Burr & Forman, LLP
*Counsel for Defendant Central*
171 17th Street NW
Atlanta, Georgia 30363
Tel: (404) 815-3000
Email: njojeij@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 9th day of March 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/Joe M. Quick, Esq.
    Joe M. Quick, Esq.
    Florida Bar No.: 0883794
    Law Office of Joe Quick, P.A.
    *Counsel for Plaintiff*
    1224 S. Peninsula Drive #619
    Daytona Beach, Florida 32118
    Tel: (386) 212-3591
    E-mail:JMQuickesq@gmail.com