UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TAVIA WAGNER,**

      **Plaintiff,**

**v.**                                            **Case No: 6:22-cv-2347-WWB-EJK**

**STREAM SMOKE AND VAPE INC.,**

      **Defendant.**

## ORDER

This cause comes before the Court on Plaintiff's Motion for Entry of Clerk's Default (the "Motion") (Doc. 14), filed March 16, 2023. Upon consideration, the Motion is due to be granted.

### I.   BACKGROUND

Plaintiff filed a Complaint against Defendant Stream Smoke and Vape, Inc., on December 16, 2022, alleging that Defendant's property is in violation of the Americans with Disabilities Act, 42 U.S.C. § 12181. (Doc. 1.) On January 20, 2023, the Summons and Complaint were served on Defendant through service on its registered agent. (Doc. 13.) Plaintiff now seeks entry of a clerk's default against Defendant for its failure to appear in this case. (Doc. 14.)

### II.   STANDARD

"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise,

the clerk must enter the party's default." Fed. R. Civ. P. 55(a). Before the clerk may enter default, he or she must determine that effective service has been made on the defaulting defendant because, without effective service, there is no jurisdiction and no obligation to answer or "otherwise defend." *See Kelly v. Florida*, 233 Fed. App'x 883, 885 (11th Cir. 2007) (unpublished).

### III. DISCUSSION

Defendant is a Florida corporate entity. (Doc. 1.) Under the federal rules, a corporate defendant may be served by:

> delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process and—if the agent is one authorized by statute and the statute so requires—by also mailing a copy of each to the defendant[.]

Fed. R. Civ. P. 4(h)(1)(B).

Plaintiff asserts it served Defendant's registered agent. (Docs. 13, 14.) The Return of Service affidavit (Doc. 13) confirms this. As Defendant was served on January 20, 2023 in compliance with the federal rules, and more than 21 days have passed with no responsive pleading filed, default is appropriate. Fed. R. Civ. P. 12(a)(1)(A)(i).

### IV. CONCLUSION

Accordingly, it is **ORDERED** as follows:

1. Plaintiff's Motion for Entry of Clerk's Default (Doc. 14) is **GRANTED**.

2. The Clerk is **DIRECTED** to enter a default against Defendant Stream Smoke

and Vape, Inc.

**DONE** and **ORDERED** in Orlando, Florida on April 12, 2023.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE