# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE No.: 6:22-cv-02347-WWB-EJK

TAVIA WAGNER,

      Plaintiff,

vs.

STREAM SMOKE AND VAPE, INC.,

      Defendant.

_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT STREAM SMOKE AND VAPE, INC.

Plaintiff TAVIA WAGNER, by and through her undersigned counsel, hereby files this Stipulation of Voluntary Dismissal, with prejudice, of this action, against Defendant, STREAM SMOKE AND VAPE, INC.

Respectfully submitted this 16th day of May 2023.

By: /s/Joe M. Quick, Esq.

    Joe M. Quick, Esq.
    Florida Bar No.: 0883794
    Law Office of Joe Quick, P.A.
    *Counsel for Plaintiff*
    1224 S. Peninsula Drive #619
    Daytona Beach, Florida 32118
    Tel: (386) 212-3591
    E-mail:JMQuickesq@gmail.com

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 16th day of May 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/Joe M. Quick, Esq.
    Joe M. Quick, Esq.
    Florida Bar No.: 0883794
    Law Office of Joe Quick, P.A.
    *Counsel for Plaintiff*
    1224 S. Peninsula Drive #619
    Daytona Beach, Florida 32118
    Tel: (386) 212-3591
    E-mail:JMQuickesq@gmail.com